F I L E D
Clerk
District Court

JUL 08 2026

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

|  |  |
|---|---|
| CHANGZHI SHEN, | Case No. 1:26-cv-00012 |
| Petitioner, | **ORDER GRANTING RESPONDENTS'** |
| | **UNOPPOSED MOTION FOR** |
| v. | **EXTENSION OF TIME TO RESPOND** |
| SERGIO ALBARRAN, Field Office Director, San Francisco Field Office, Immigration and Customs Enforcement (ICE); DAVID VENTURELLA, Acting Director, ICE; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, Acting U.S. Attorney General; and ANTHONY TORRES, Commissioner of the CNMI Department of Corrections, in their official capacities, | |
| Respondents. | |

The Court, having reviewed Respondents' Unopposed Motion for an Extension of Time to Respond to Petition for Habeas Corpus (ECF No. 4), finds good cause shown and GRANTS the Motion. The deadlines in the Order to Show Cause (ECF No. 2), are amended as follows:

1) Respondents shall file their notices of appearance by **July 10, 2026.**

2) Respondents shall also file their responses addressing the merits of the petition by **July 10, 2026.**

3) Petitioner shall file a reply by **July 14, 2026.**

//

1

4) The hearing on the petition is reset to **July 16, 2026 at 1:30 p.m.**

IT IS SO ORDERED this 8th day of July, 2026.

RAMONA V. MANGLONA
Chief Judge