F I L E D
Clerk
District Court

JUL 13 2026

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

CHANGZHI SHEN,

      Petitioner,

    v.

SERGIO ALBARRAN, Field Office Director, San Francisco Field Office, Immigration and Customs Enforcement (ICE); DAVID VENTURELLA, Acting Director, ICE; MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security; TODD BLANCHE, Acting U.S. Attorney General; and ANTHONY TORRES, Commissioner of the CNMI Department of Corrections, in their official capacities,

      Respondents.

Case No. 1:26-cv-00012

**SUA SPONTE ORDER
VACATING ORAL ARGUMENT**

Oral argument on Petitioner Changzhi Shen's petition for writ of habeas corpus (Pet., ECF No. 1) is currently set for July 16, 2026. (Order 2, ECF No. 5.) Under Local Rule 7.1(a)(2), "[o]ral argument is at the discretion of the Court[.]" Upon a review of the petition and the Respondents' opposition to the petition (Opp'n, ECF No. 7), the Court determines it will decide the motion on the written briefs and accordingly VACATES the oral argument set for July 16, 2026.

Petitioner's reply remains due on July 14, 2026. (*See* Order 1.) Further, the Court ORDERS that Petitioner file a status report on the outcome of his individual hearing in his immigration removal proceedings. The status report is due within one day of the conclusion of the individual

1

hearing. (*Compare* Pet. ¶ 9 (stating individual hearing is set for July 21, 2026) *with* Opp'n 9 (stating individual hearing is set for July 16, 2026).)

IT IS SO ORDERED this 13th day of July, 2026.

RAMONA V. MANGLONA
Chief Judge