AO 450 (Rev. 11/11)  Judgment in a Civil Action

**FILED**
Clerk
District Court

JUL 1 7 2026

for the Northern Mariana Islands
By _____ JP _____
(Deputy Clerk)

# UNITED STATES DISTRICT COURT
for the
District of Northern Mariana Islands

CHANGZHI SHEN

_____
*Petitioner*
v.
SERGIO ALBARRAN, ET AL.
_____

*Respondent*

)
)
)
)
)
)

Civil Action No.   1:26-cv-00012

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:   Judgment is entered in favor of Petitioner Changzhi Shen.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Ramona V. Manglona _____ on
Petition for Writ of Habeas Corpus, ECF No. [1]. See Decision and Order Granting Petition for Writ of Habeas
Corpus, ECF No. [12].

Date:   07.17.2026

CHIEF DEPUTY CLERK OF COURT

_____
*Signature of Chief Deputy Clerk*